UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a CONDÉ NAST,

        Plaintiff,

Case No.  2:20-cv-193-FtM-38NPM

v.

CHIC USA, INC.,

        Defendant.
_____/

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff Advance Magazine Publishers Inc. d/b/a Condé Nast ("Condé Nast" or "Plaintiff"), through its undersigned counsel and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 1.07, moves for the entry of a Clerk's Default against defendant CHIC USA, INC. ("Defendant"), for failure to file a responsive pleading within the time required by law.

Dated:  May 11, 2020

Respectfully submitted,

ADAMS AND REESE LLP

/s/ Eric J. Partlow
Eric J. Partlow, Esq.
Trial Counsel
Florida Bar No. 556531
eric.partlow@arlaw.com
101 E. Kennedy Blvd., Suite 4000
Tampa, Florida 33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)
***Attorneys for Plaintiff***

60389102_1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2020, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/ Eric J. Partlow
Eric J. Partlow, Esq.